# EXHIBIT 3

Registrar's Office
*Student Affairs*

Home » Everyone » Enrollment Statistics

# Academic Calendar

# Enrollment Statistics, 2016-17



STANFORD UNIVERSITY

## Autumn Quarter 2016-17 Enrollment

(Data as of October 23, 2016)

**Number of Students Enrolled by Level**

| AUTUMN QUARTER | MEN | WOMEN | TOTAL |
|---|---|---|---|
| **Undergraduates** | 3620 | 3412 | 7032 |
| **Graduate Students** | 4901 | 3030 | 7931 |
| **Terminal Graduates** | 816 | 557 | 1373 |
| **MATRICULATED TOTAL** | **9337** | **6999** | **16336** |
| **Nonmatriculated** | 707 | 297 | 1004 |
| **Post Doctoral Scholars** | 1392 | 905 | 2297 |
| **Attendance Permits** | 1 | - | 1 |

## 2016-17 Undeclared Matriculated Registration

| UNDERGRADUATE | | | GRADUATE | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|
| MEN | WOMEN | TOTAL | MEN | WOMEN | TOTAL | MEN | WOMEN | TOTAL |
| 1780 | 1733 | 3553 | - | - | - | 1780 | 1733 | 3553 |

## 2016-17 Stanford Continuing Studies

| PROGRAM | UNDERGRADUATE | | | GRADUATE | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|
| | M | F | TOTAL | M | F | TOTAL | M | F | TOTAL |
| **Master of Liberal Arts** | - | - | - | 35 | 38 | 73 | 35 | 38 | 73 |
| **TOTAL** | - | - | - | 35 | 38 | 73 | 35 | 38 | 73 |