# EXHIBIT 4

# Mental Health on College Campuses:

## Investments, Accommodations Needed to Address Student Needs



**National Council on Disability**

July 21, 2017



**Use of Student Mental Health Services**

**61%** In 2016, **61%** of students with a mental disorder were not getting any treatment.

In 2014, **86%** of students who died by suicide did not seek help at the school's counseling center. **86%**

by a professional. The survey suggested that 35 percent of students met the criteria for at least one mental disorder in the prior 12 months.[25] Further, in any year, six percent of undergraduate students and four percent of graduate students will have seriously considered suicide.[26] Twenty percent of students have considered suicide at some point during their college career.[27]

Too many students with mental health disabilities are not receiving treatment. According to the Healthy Minds Study, 61 percent of those meeting the criteria for a mental disorder were not getting any treatment. The American Psychiatric Association (APA) reports that only approximately 35 percent of students with a mood disorder received mental health services in the previous year.[28] The 2014 National Survey of College Counseling Center[29] Directors found that 86 percent of students who died by suicide did not seek help at the school's counseling center.[30] Other research uncovered that over half of college students who seriously considered attempting suicide had not received professional help in the past year.[31]