# EXHIBIT 5



# Preventing Suicide:
## A Technical Package of Policy, Programs, and Practices

National Center for Injury Prevention and Control
Division of Violence Prevention





# Strengthen Access and Delivery of Suicide Care

## Rationale

While most people with mental health problems do not attempt or die by suicide[18,19] and the level of risk conferred by different types of mental illness varies,[64-66] previous research indicates that mental illness is an important risk factor for suicide.[5,67] State-level suicide rates have also been found to be correlated with general mental health measures such as depression.[68,69] Findings from the *National Comorbidity Survey* indicate that relatively few people in the U.S. with mental health disorders receive treatment for those conditions.[70] Lack of access to mental health care is one of the contributing factors related to the underuse of mental health services.[71] Identifying ways to improve access to timely, affordable, and quality mental health and suicide care for people in need is a critical component to prevention.[5] Additionally, research suggests that services provided are maximized when health and behavioral health care systems are set up to effectively and efficiently deliver such care.[72] Apart from treatment benefits, these approaches can also normalize help-seeking behavior and increase the use of such services.

## Approaches

There are a number of approaches that can be used to strengthen access and delivery of suicide care, including:

**Coverage of mental health conditions in health insurance policies.** Federal and state laws include provisions for equal coverage of mental health services in health insurance plans that is on par with coverage for other health concerns (i.e., mental health parity).[73] Benefits and services covered include such things as the number of visits, co-pays, deductibles, inpatient/outpatient services, prescription drugs, and hospitalizations. If a state has a stronger mental health parity law than the federal parity law, then insurance plans regulated by the state must follow the state parity law. If a state has a weaker parity law than the federal parity law (e.g., includes coverage for some mental health conditions but not others), then the federal parity law will replace the state law. Equal coverage does not necessarily imply good coverage as health insurance plans vary in the extent to which benefits and services are offered to address various health conditions. Rather it helps to ensure that mental health services are covered on par with other health concerns.

**Reduce provider shortages in underserved areas.** Access to effective and state-of-the-art mental health care is largely dependent upon the training and the size of the mental health care workforce. Over 85 million Americans live in areas with an insufficient number of mental health providers; this shortage is particularly severe among low-income urban and rural communities.[74] There are various ways to increase the number and distribution of practicing mental health providers in underserved areas including offering financial incentives through existing state and federal programs (e.g., loan repayment programs) and expanding the reach of health services through telephone, video and web-based technologies. Such approaches can increase the likelihood that those in need will be able to access affordable, quality care for mental health problems, which can reduce risk for suicide.



# Identify and Support People at Risk

## Rationale

In order to decrease suicide, care of, and attention to, vulnerable populations is necessary, as these groups tend to experience suicidal behavior at higher than average rates. Such vulnerable populations include, but are not limited to, individuals with lower socio-economic status or who are living with a mental health problem; people who have previously attempted suicide; Veterans and active duty military personnel; individuals who are institutionalized, have been victims of violence, or are homeless; individuals of sexual minority status; and members of certain racial and ethnic minority groups.[8,9,12,13,143] Supporting people at risk requires proactive case finding and effective response, crisis intervention, and evidence-based treatment. Finding optimal ways of identifying at risk individuals, customizing services to make them more accessible (e.g., Internet-based services when appropriate) and engaging people in evidence-based care (e.g., through such measures as collaborative treatment), remain key challenges.[81,144,145] Simply improving or expanding services does not guarantee that those services will be used by people most in need, nor will it necessarily increase the number of people who follow recommended referrals or treatment. For example, some people living in disadvantaged communities may face social and economic issues that can adversely affect their ability to access supportive services.[70]

## Approaches

The following approaches focus on identifying and supporting people at increased risk of suicide.

**Gatekeeper training** is designed to train teachers, coaches, clergy, emergency responders, primary and urgent care providers, and others in the community to identify people who may be at risk of suicide and to respond effectively, including facilitating treatment seeking and support services. Gatekeeper training may be implemented in a variety of settings to identify and support people at risk.[146]

**Crisis intervention**. These approaches provide support and referral services, typically by connecting a person in crisis (or a friend or family member of someone at risk) to trained volunteers or professional staff via telephone hotline, online chat, text messaging, or in-person. Crisis intervention approaches are intended to impact key risk factors for suicide, including feelings of depression, hopelessness, and subsequent mental health care utilization.[147] Similar to means reduction, crisis interventions can put space or time between an individual who may be considering suicide and harmful behavior.

**Treatment for people at risk of suicide** can include various forms of psychotherapy delivered by licensed providers to help individuals with mental health problems and other suicide risk factors with problem-solving and emotional regulation. Treatment usually takes place in a one-on-one or group format between patients and clinicians and can vary in duration from several weeks to ongoing therapy, as needed. Treatment that employs collaborative (i.e., between patient and therapist or care manager) and/or integrated care (e.g., linkage between primary care and behavioral health care) can help engage and motivate patients, thereby increasing retention in therapy and decreasing suicide risk.[148-150]