STUART SEABORN (CA BAR NO. 198590)
MONICA PORTER (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
sseaborn@dralegal.org
mporter@dralegal.org

MAIA GOODELL (Admitted *Pro Hac Vice*)
Disability Rights Advocates
655 Third Avenue, 14th Floor
New York, New York 10017
Telephone:   (212) 644-8644
mgoodell@dralegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., Sofia B., <br><br> Plaintiffs, <br><br> v. <br><br> The Board of Trustees of the Leland Stanford Junior University DBA Stanford University, <br><br> Defendant. | **Case No. 5:18-cv-02895-NC** <br><br> **DECLARATION OF ALEX D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Alex D., declare:

1. I make this declaration based on my personal knowledge and, if called to testify, I could and would testify as follows:

### Background

2. I am twenty-one years old and recently completed my eleventh quarter as a Stanford student. During these quarters, I lived in Stanford, California during the academic year.

3. Since first enrolling at Stanford in Fall 2014, I have contributed to several Stanford student organizations as well as held research and teacher assistant positions, while maintaining above a 4.0 grade point average.

4. I have chronic illness and a mental health disability.

5. I am a member of Power2ACT, an organizational member of the Mental Health & Wellness Coalition.

### Stanford Excluded Me from Programs and Services Through its Leave of Absence Policy

6. At the end of Winter Quarter 2017 I experienced declined mental and physical health and realized I would not be able to continue on a full courseload.

7. I reached out to Stanford's on-campus Counseling and Psychological Services ("CAPS") office, my Academic Director, and my Office of Accessible Education ("OAE") Advisor about petitioning to take a reduced courseload due to my disabilities.

8. Every Stanford staff member I spoke with encouraged me to take a leave of absence, rather than work with me on academic accommodations to stay on campus, like I wanted. Based on their statements, it seemed like a leave of absence was the only option.

9. As a result, I was forced to take a full leave of absence three weeks into the ten-week-long Spring Quarter 2017.

10. While I was on leave, I took two final exams and earned A grades on each.

11. On my return to campus in Fall Quarter 2017, I did not receive my requested housing accommodations.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
Case No.: 5:18-cv-02895-NC
**Declaration of Alex D. in Support of Plaintiffs' Motion for Class Certification**

1

DocuSign Envelope ID: 58231CEC-3949-4FD7-815C-CCCBD6D65704

**Many of My Friends Have Been Harmed by Stanford's Leave of Absence Policy**

12. From what I have seen over the past several years, if a student is involuntarily hospitalized for mental health treatment, they effectively disappear from campus.

13. I have at least one friend who told me they were placed on an involuntary leave of absence for mental health reasons, at least two friends who told me they were encouraged or coerced into taking voluntary leaves of absence for mental health reasons, and at least one other friend who told me Stanford required them to engage in a specific treatment program to return to campus from a leave of absence for mental health reasons. In each instance, I observed that my friends disappeared from campus. I only found out after speaking with them later where they had gone.

14. Because of my and my friends' experiences, I have warned friends in mental health crisis that I believe going to CAPS carries the risk of exclusion from campus.

15. In my time at Stanford, at least five friends have told me they were afraid of going to CAPS because they feared being kicked out of school and the dorms. Two of these friends are trans and are especially fearful of Stanford sending them to homes that are not safe for them.

**Power2ACT, a Member of Organizational Plaintiff Mental Health & Wellness Coalition, Has Worked to Assist Students with Mental Health Disabilities in Avoiding Harm from Stanford's Leave of Absence Policy**

16. At Power2ACT, a Stanford student group for students with disabilities, we have talked about how people with disabilities have higher instances of mental health struggles.

17. We are drafting a section on leave of absence in a resource document we are creating to serve as an unofficial guide to disability at Stanford.

18. We have also discussed how to respond to students who open up to us regarding mental health struggles and who need help. In these conversations, we have noted the risks of going to CAPS or to Residence Deans known to be unsympathetic and harmful.

19. Because of my and my friends' experiences with Stanford's leave of absence policies and practices, I feel like CAPS is not a resource to help me as a student because it

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

---

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
Case No.: 5:18-cv-02895-NC
**Declaration of Alex D. in Support of Plaintiffs' Motion for Class Certification**

**2**

DocuSign Envelope ID: 58231CEC-3949-4FD7-815C-CCCBD6D65704

maintains policies that appear to function as a pipeline to help Stanford remove students with mental health disabilities from campus.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on this 6th of July 2018, in Los Angeles, California.

DocuSigned by:
Alex D.
14FF7768843C45C...

                                                                                        Alex D.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University,*
Case No.: 5:18-cv-02895-NC
**Declaration of Alex D. in Support of Plaintiffs' Motion for Class Certification**

3