DocuSign Envelope ID: 7118E720-36F8-4669-BB65-D6A1E50C1610

STUART SEABORN (CA BAR NO. 198590)
MONICA PORTER (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:    (510) 665-8644
Facsimile:    (510) 665-8511
sseaborn@dralegal.org
mporter@dralegal.org

MAIA GOODELL (Admitted *Pro Hac Vice*)
Disability Rights Advocates
655 Third Avenue, 14th Floor
New York, New York 10017
Telephone:    (212) 644-8644
mgoodell@dralegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., Sofia B., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>The Board of Trustees of the Leland Stanford Junior University DBA Stanford University, <br><br>　　　　　Defendant. | **Case No. 5:18-cv-02895-NC** <br><br> **DECLARATION OF GRACE E. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

I, Grace E., declare:

1. I make this declaration based on my personal knowledge and, if called to testify, I could and would testify as follows:

**Background**

2. I am eighteen years old and currently enrolled as a Stanford student. I live in Stanford, California during the academic year.

3. Since first enrolling at Stanford in Fall 2017, I have participated in several extracurricular activities on campus.

4. I have a mental health disability.

5. Although I have not been placed on a leave of absence as a Stanford student, I have been deterred from using campus resources for fear of being so excluded.

**Stanford Has Excluded Me from Programs and Services Due to My Mental Health Disability**

6. In Summer 2016, the summer before my senior year of high school, I participated in Stanford's High School Summer College program, a residential and academic program for selected high school students.

7. During the program, I disclosed suicidal ideation and a history of self-harm that stemmed from my mental health disability to Stanford's on-campus Counseling and Psychological Services ("CAPS") office and to a Stanford administrator.

8. I went to Stanford Hospital for a brief psychiatric evaluation and the doctor at the hospital cleared me for discharge because, the doctor said to me and a Stanford administrator, I was not a threat to myself.

9. The next morning, I received an email from a Stanford administrator notifying me that Stanford was barring me from continuing to live in the residence halls and excluding me from the dormitories and dining halls. I had to finish out my summer classes by commuting to Stanford from my parents' hotel room in San Francisco.

---

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
**Case No.: 5:18-cv-02895-NC**
**Declaration of Grace E. in Support of Plaintiffs' Motion for Class Certification**

**1**

DocuSign Envelope ID: 7118E720-36F8-4669-BB65-D6A1F50C1610

### I Have Been Deterred from Participating in Stanford's Programs and Services for Fear of Being Subjected to Stanford's Leave of Absence Policies

10. I enrolled at Stanford in Fall 2017 after gaining admission through Stanford's Restrictive Early Action program.

11. I decided to attend Stanford even after the experience I had had two summers prior because Stanford's academic and other programs kept Stanford as my first choice and I assumed that, once I turned eighteen, things would be better. Also, I figured as long as I did not return to CAPS I would be fine.

12. My mental health disability and treatment are ongoing, and I remain subject to Stanford's policies and procedures related to mental health.

13. Since the one time I went in August 2016, I have not returned to CAPS for mental health treatment. I am afraid to go to CAPS because I fear being forced out again.

14. This past year, I was a freshman. At Stanford, freshmen must live on campus to go to classes, so I knew I would lose my student status if Stanford removed me from housing again.

15. Though it has meant going without treatment for the past year because I have not yet found an affordable out-of-pocket option, I am still too afraid to go to CAPS because being sent home would be worse. In addition to my own experience, the understanding among Stanford students, based on conversations I have had with my peers and stories I have heard around campus, is that if you go to the hospital for a mental health reason you get kicked out of school.

I declare, under penalty of perjury under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed on this 3 of July 2018, in Stanford, California.



Grace E.

---

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University,*
Case No.: 5:18-cv-02895-NC
Declaration of Grace E. in Support of Plaintiffs' Motion for Class Certification

2