STUART SEABORN (CA BAR NO. 198590)
MONICA PORTER (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
sseaborn@dralegal.org
mporter@dralegal.org

MAIA GOODELL (Admitted *Pro Hac Vice*)
Disability Rights Advocates
655 Third Avenue, 14th Floor
New York, New York 10017
Telephone: (212) 644-8644
mgoodell@dralegal.org

Attorneys for Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., Sofia B., <br><br>Plaintiffs, <br><br>v. <br><br>The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University, <br><br>Defendant. | **Case No. 5:18-cv-02895-NC** <br><br>**CLASS ACTION** <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br>Judge: Hon. Nathanael Cousins <br>Hearing Date: August 29, 2018 |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1  Plaintiffs Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison
2 Fowler, Rose A., and Sofia B., on behalf of themselves and a class of those similarly situated,
3 have moved for an order (1) certifying the above-titled action as a class action pursuant to
4 Federal Rule of Civil Procedure 23; (2) appointing Mental Health & Wellness Coalition, Erik X.,
5 Tina Y., Jacob Z., Harrison Fowler, Rose A., and Sofia B., as class representatives; and (3)
6 appointing Disability Rights Advocates as plaintiff class counsel.

7  The motion was heard on August 29, 2018. Having considered the parties' papers, the
8 oral arguments of counsel, and the evidence presented, the Court finds that Plaintiffs have
9 satisfied the requirements of Federal Rules of Civil Procedure 23(a) and 23(b)(2), and that class
10 certification is warranted in this action. The Court further finds that proposed class
11 representatives Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison
12 Fowler, Rose A., and Sofia B. will fairly and adequately protect the interests of the class.
13 Finally, the Court finds that class counsel are experienced and qualified to represent the interest
14 of Plaintiffs and the plaintiff class under Federal Rule of Civil Procedure 23(g).

15  THEREFORE, the Court ORDERS as follows:

16  (1)  This action is hereby certified as a class action pursuant to Federal Rule of Civil
17 Procedure 23(b)(2), on behalf of all Stanford students who have a mental health disability and
18 have been or will be subject to Stanford's policies and practices regarding students at risk of self-
19 harm, including students who have been deterred from participating in the programs and services
20 Stanford makes available to its students because they are aware of these policies and practices
21 and fear being subjected to them;

22  (2)  Plaintiffs Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z.,
23 Harrison Fowler, Rose. A., and Sofia B. are hereby appointed as plaintiff class representatives
24 pursuant to Federal Rule of Civil Procedure 23(a); and

25  (3)  Disability Rights Advocates are hereby appointed as plaintiff class counsel
26 pursuant to Federal Rule of Civil Procedure 23(g).

27

28

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
Case No.: 5:18-cv-02895-NC
[Proposed] Order Granting Motion for Class Certification      1

**IT IS SO ORDERED.**

DATED: _____

_____

The Honorable Nathanael Cousins
MAGISTRATE JUDGE

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
**Case No.: 5:18-cv-02895-NC**
**[Proposed] Order Granting Motion for Class Certification**     **2**