UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENTAL HEALTH & WELLNESS COALITION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STANFORD UNIVERSITY, et al.,<br><br>Defendants. | Case No. 18-cv-02895 NC<br><br>**ORDER TO SHOW CAUSE REGARDING ADDED PLAINTIFFS IN AMENDED COMPLAINT**<br><br>Re: Dkt. No. 25 |

The Court takes note that in the amended complaint filed today, plaintiffs added additional named plaintiffs: Harrison Fowler, Rose A., and Sofia B. Plaintiffs present in the original complaint have consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c). Dkt. No. 10. The Court must also have the consent of the added named plaintiffs to preside over this case. Newly-added plaintiffs may file a document registering their consent or declination of the Court's jurisdiction. Newly-added plaintiffs are instructed to file this document by July 25, 2018.

**IT IS SO ORDERED.**

Dated: July 16, 2018

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 18-cv-02895 NC