STUART SEABORN (CA BAR NO. 198590)
MONICA PORTER (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, 4th Floor
Berkeley, California 94704-1204
Tel:   (510) 665-8644
Fax:   (510) 665-8511
sseaborn@dralegal.org
mporter@dralegal.org

MAIA GOODELL (Admitted *Pro Hac Vice*)
Disability Rights Advocates
655 Third Avenue, 14th Floor
New York, New York 10017
Tel:   (212) 644-8644
mgoodell@dralegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., Sofia B.,<br><br>Plaintiffs,<br><br>v.<br><br>The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University,<br><br>Defendants. | **Case No. 5:18-cv-2895-NC**<br><br>**AFFIRMATION OF SERVICE** |

*Mental Health & Wellness Coalition et al, v. The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University,* **Case No. 5:18-cv-2895-NC**
**Affirmation of Service**

**AFFIRMATION OF SERVICE**

I, Sachiko Riddle, hereby declare:

I am over the age of 18 years and not a party to or interested in this action. I am an employee of Disability Rights Advocates, and my business address is 2001 Center Street, Fourth Floor, Berkeley, California, 94704-1204. On July 16, 2018, I served true copies of:

Reference List Filed Pursuant to Fed. R. Civ. P 5.2(G)

on the parties through their attorneys of record by placing such a copy in one or more sealed envelopes addressed as shown below for service as designated below:

A. **By First Class Mail**: I caused each such envelope to be placed in the internal mail collection system of Disability Rights Advocates with first-class postage thereon fully prepaid in a sealed envelope for deposit in the United States Postal Service that same day in the ordinary course of business.

B. **By Messenger Service**: I caused each such envelope to be delivered during normal business hours by courier with instructions to hand carry each such envelope to each office at each address shown below.

C. **By Express Service Carrier**: I caused each such envelope to be placed in a facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in envelope(s) or package(s) designated for "Standard Overnight" delivery by the express service carrier to be delivered by close of next business day with full delivery fees paid or provided.

D. **By Facsimile**: I caused each such document to be served via facsimile electronic equipment transmission (fax) by transmitting such document(s) to each fax number listed under each addressee below.

E. **By Electronic Mail**: I caused each such document(s) to be served via electronic mail (e-mail) by transmitting them to the following e-mail address listed under each addressee below.

| Service | Addressee |
|---|---|
| E | Sarah G. Flanagan<br>Sarah.flanagan@pillsburylaw.com<br><br>Erica Turcios Yader<br>Erica.yader@pillsburylaw.com |

*Mental Health & Wellness Coalition et al, v. The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University,* **Case No. 5:18-cv-2895-NC**
**Affirmation of Service**                                                                                                              **1**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at Berkeley, California, on July 16, 2018.

_____
Sachiko Riddle

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Mental Health & Wellness Coalition et al, v. The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University,* **Case No. 5:18-cv-2895-NC**
**Affirmation of Service**                                                                                                           2