STUART SEABORN (CA BAR NO. 198590)
MONICA PORTER (CA BAR NO. 311974)
Disability Rights Advocates
2001 Center Street, Fourth Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:    (510) 665-8511
sseaborn@dralegal.org
mporter@dralegal.org

MAIA GOODELL (Admitted *Pro Hac Vice*)
Disability Rights Advocates
655 Third Avenue, 14th Floor
New York, New York 10017
Telephone:   (212) 644-8644
mgoodell@dralegal.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., Sofia B., <br><br> Plaintiffs, <br><br> v. <br><br> The Board of Trustees of the Leland Stanford Junior University D/B/A Stanford University, <br><br> Defendant. | Case No. 5:18-cv-02895-NC <br><br> **STIPULATED REPORT ON THE STATUS OF SETTLEMENT** |

Plaintiffs Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., and Sofia B. ("Plaintiffs") and Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford"), by their undersigned counsel, jointly report as follows:

The Court set a deadline of September 20, 2019 for a case management statement and a hearing and case management conference for November 13, 2019, if the parties did not reach a settlement on all open issues at the scheduled mediation session.

The parties are pleased to report that they participated in a productive mediation session with JAMS mediator Cathy Yanni on September 16, 2019, and reached a settlement of all issues in this case, including attorneys' fees. The written settlement agreement has been finalized, and is currently being circulated for party signatures. Once the settlement agreement is executed, the parties will file a Stipulation and Proposed Order for Dismissal. The parties anticipate filing the Stipulation and Proposed Order for Dismissal within thirty days.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
Case No. 5:18-cv-02895-NC
**Stipulated Report on the Status of Settlement**                                                                                   1

DATED: September 18, 2019          Respectfully submitted,

        DISABILITY RIGHTS ADVOCATES
        STUART SEABORN
        MONICA PORTER
        2001 Center Street, Fourth Floor
        Berkeley, California 94704-1204
        MAIA GOODELL
        655 Third Avenue, 14th Floor
        New York. New York 10017

        *[signature]*
        Maia Goodell
        Attorneys for Plaintiffs Mental Health & Wellness
        Coalition, Erik X., Tina Y., Jacob Z., Harrison
        Fowler, Rose A., and Sofia B.


        PILLSBURY WINTHROP SHAW PITTMAN LLP
        SARAH G. FLANAGAN
        JACOB R. SORENSEN
        REBECCA A. FRIEDEMANN
        Four Embarcadero Center, 22nd Floor
        San Francisco, CA 94111

        /s/ *Sarah G. Flanagan*
        Sarah G. Flanagan
        Attorneys for Defendant The Board of Trustees of
        the Leland Stanford Junior University


## **ATTESTATION STATEMENT**

Pursuant to Civil L.R. 5-1(i)(3), I attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

Dated: September 18, 2019

        *[signature]*
        Maia Goodell
        Attorneys for Plaintiffs

---

*Mental Health & Wellness Coalition et al. v. The Board of Trustees of the Leland Stanford Junior University*,
Case No. 5:18-cv-02895-NC
**Stipulated Report on the Status of Settlement**                                         2