DISABILITY RIGHTS ADVOCATES
STUART SEABORN (CA Bar No. 198590)
sseaborn@dralegal.org
MONICA PORTER (CA Bar No. 311974)
mporter@dralegal.org
2001 Center Street, 4th Floor
Berkeley, CA 94704
Telephone: (510) 665-8644
Facsimile: (510) 665-8511

MAIA GOODELL (Admitted *Pro Hac Vice*)
mgoodell@dralegal.org
655 Third Avenue, 14th Floor
New York, NY 10017
Telephone: (212) 644-8644

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENTAL HEALTH & WELLNESS COALITION, ERIK X., TINA Y., JACOB Z., HARRISON FOWLER, ROSE A., SOFIA B.<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY D/B/A STANFORD UNIVERSITY<br><br>Defendant. | Case No. 5:18-cv-02895-NC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION** |

Plaintiffs Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A., and Sofia B. ("Plaintiffs") and Defendant The Board of Trustees of the Leland Stanford Junior University ("Stanford"), by their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as follows:

WHEREAS the parties participated in three in-person mediation sessions facilitated by JAMS Mediator Cathy Yanni, which were

held on September 17, 2018, November 16, 2018, and September 16, 2019, as well as in numerous joint and separate calls with Mediator Yanni;

WHEREAS, at the September 16 mediation, the parties agreed to a settlement that fully resolves this action and have now executed a formal, written agreement memorializing their settlement;

WHEREAS, the parties' settlement agreement finally resolves all individual claims asserted by the seven named Plaintiffs and resolves all issues relating to the payment of attorneys' fees and costs;

WHEREAS, the settlement agreement does not purport to release the claims of the unnamed members of the putative class, and accordingly it does not contemplate certification of a settlement class;

WHEREAS the parties agreed that the Court should maintain jurisdiction over the parties for purposes of enforcing the terms of the settlement agreement for two years; and

WHEREAS the settlement agreement took effect on October 3, 2019.

THEREFORE, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST THE COURT TO ORDER THAT:

1. This action is dismissed.  Dismissal is with prejudice solely with respect to the named Plaintiffs—Mental Health & Wellness Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler, Rose A. and Sofia B.  With respect to all unnamed members of the putative class, dismissal is without prejudice.

2. The Court shall maintain jurisdiction over the parties for purposes of enforcing the terms of the parties' settlement agreement for two years.

1    Dated: October 8, 2019.

2                             DISABILITY RIGHTS ADVOCATES
                              STUART SEABORN

3                               MONICA PORTER

4                               2001 Center Street, Fourth Floor
                              Berkeley, California 94704

5                               MAIA GOODELL
                              655 Third Avenue, 14th Floor

6                               New York, New York 10017

7

8                               By:    */s/ Stuart Seaborn*
                                        Stuart Seaborn

9
                              Attorneys for Plaintiffs Mental Health & Wellness

10                              Coalition, Erik X., Tina Y., Jacob Z., Harrison Fowler,
                              Rose A., and Sofia B.

11

12                              PILLSBURY WINTHROP SHAW PITTMAN LLP

13                              SARAH G. FLANAGAN
                              JACOB R. SORENSEN

14                              REBECCA A. FRIEDEMANN
                              Four Embarcadero Center, 22nd Floor

15                              San Francisco, CA 94111

16

17                              By:    */s/ Sarah G. Flanagan*
                                        Sarah G. Flanagan

18
                              Attorneys for Defendant The Board of Trustees of the

19                              Leland Stanford Junior University

20

21                           **ATTESTATION STATEMENT**

22      Pursuant to Civil L.R. 5-1(i)(3), I attest that the other signatory listed, and on whose

23 behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

24    Dated: October 8, 2019.

25                                             */s/ Stuart Seaborn*
                                                Stuart Seaborn

26

27

28

- 3 -           STIPULATION AND [PROPOSED] ORDER
               DISMISSING ACTION
               Case No. 5:18-cv-02895-NC
4824-7716-5737.v1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: _____                    _____
4                                              The Honorable Nathanael Cousins
                                               MAGISTRATE JUDGE